# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HILDA L. SOLIS, Secretary of Labor

v.

SARAPHINO'S, INC.,
d/b/a Saraphino's Italian Restaurant,
and RUSHAN SINANI,

**JUDGMENT IN A CIVIL CASE**

Case Number: 09-CV-954

**Decision by Court.** This action came on for consideration before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff's Motion for Summary Judgment (Docket #29) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED AND ADJUDGED** that defendants, jointly and severally, shall pay to employees Felipe D. Crescenciano, Jose D. Crescenciano, Martin Medina, Luis A. Zapien, and Patricio Zapien, under supervision of the plaintiff, unpaid minimum wage and overtime compensation in the amount of $23,629.78 and an equal amount of liquidated damages for a total amount of $47,259.56; and

**IT IS FURTHER ORDERED AND ADJUDGED** that defendants be and the same are hereby permanently enjoined from continued violation of the minimum wage, overtime, and record-keeping provisions of the Fair Labor Standards Act, and from withholding unpaid compensation adjudicated herein.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

April 22, 2011
Date

s/Nancy A. Monzingo
By: Deputy Clerk